# ATTACHMENT:

# LETTER TO GOVERNMENT

# DATED AUGUST 15, 2008

# FROM CLINTON W. CALHOUN, III

# BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900

FAX (914) 946-5906

August 15, 2008

AUSA Sarah Krissoff
United States Courthouse
300 Quarropas Street
White Plains, New York  10601

    Re:    <u>United States v. Richard Genin</u>

Dear Ms. Krissoff:

    Thank you for the recent discovery you provided in this matter. This is to request production of the images that are the subject of the charge in this case as well as any e-mail, order forms and other correspondence involving Mr. Genin that the government has gathered.

    Please give me a call so that we can discuss the above.

                                  Sincerely,

                                  Clinton W. Calhoun, III