UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                    :

UNITED STATES OF AMERICA     :

        - v. -          :

                    :

RICHARD GENIN,           :

         Defendant.    :

- - - - - - - - - - - - - - - x

WAIVER OF TRIAL BY JURY

08 Cr. 674 (LAP)

RICHARD GENIN, the defendant, having been advised by defense counsel, Clinton Calhoun, Esq., and by the Court of the defendant's constitutional right to a trial by jury, and specifically, (i) that a jury is composed of 12 members of the community; (ii) that the defendant may participate in the selection of jurors; (iii) that the jury's verdict must be unanimous; and (iv) that a judge alone will decide the defendant's guilt or innocence if the defendant waives a jury trial; and upon the consent of the United States of America, by Sarah R. Krissoff, Assistant United States Attorney, hereby voluntarily waives trial by jury and consents to trial by the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/11

Court, in accordance with Rule 23 of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          April 20, 2011

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

                    By:    _____
                              Sarah R. Krissoff
                              Assistant United States Attorney
                              (212) 637-2232

                    By:    _____
                              Clinton Calhoun, Esq.
                              Attorney for defendant
                              Richard Genin

                    By:    _____
                              Richard Genin


APPROVED:

_____
THE HONORABLE LORETTA A. PRESKA
Chief United States District Judge

April 20, 2011