# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
### 81 MAIN STREET
### SUITE 450
### WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**
ANDREW D. KAIZER ***

(914) 946-5900
FAX (914) 946-5906

September 29, 2015

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT
***ALSO ADMITTED IN MA

**BY FACSIMILE**
Hon. Loretta A. Preska
Chief United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-29-15

Re:  United States v. Richard Genin (Violation of Supervised Release)
     08 Cr. 674 (LAP)

Dear Chief Judge Preska:

The above matter is on Your Honor's calendar for October 1. Because I am presently on trial in Westchester County Court, I will not be able to attend to this case on October 1, and respectfully request that it be adjourned for approximately 30 days. The requested adjournment will also give the parties additional time to try to reach agreement on a disposition.

AUSA Sarah Krissoff advises that the government has no objection to the requested adjournment.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

CWC/jlr

cc:  AUSA Sarah Krissoff (by e-mail)
     Sr. USPO Chris S. Porter (by e-mail)

*The conference is adjourned to November 3, 2015 at 4:30 PM.*

SO ORDERED
9/29/15

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE